| STATE OF SOUTH DAKOTA | IN CIRCUIT COURT |
|---|---|
| COUNTY OF LAWRENCE | FOURTH JUDICIAL CIRCUIT |

MATT NASUTI,

    Plaintiff,

v.

WALMART, INC.,

    Defendant.

CIV. 20-45

**STATE COURT NOTICE OF FILING NOTICE OF REMOVAL**

Defendant Walmart Inc. respectfully notifies this Court of the removal of this case to the United States District Court for the District of South Dakota. Removal is based upon diversity of citizenship jurisdiction under 28 U.S.C. §§ 1332 and 1441. A true and correct copy of the Notice of Removal filed in the United States District Court for the District of South Dakota, Western Division is attached hereto and incorporated herein.

Dated this 3rd day of April 2020.

WALMART INC., Defendant

By: /s/Christopher R. Hedican
    Christopher R. Hedican (SD# 3659)
    Mike Roccaforte (*pro hac vice* pending)
of  BAIRD HOLM LLP
    1700 Farnam St, Ste 1400
    Omaha, NE  68102-2068
    Phone: 402-344-0500
    Fax: 402-344-0588
    Email: chedican@bairdholm.com
    Email: mroccaforte@bairdholm.com

## CERTIFICATE OF SERVICE

  I hereby certify that on this 3rd day of April 2020, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system and separately sent notification of such filing via e-mail to:

  Matt Nasuti
  *Pro Se* Plaintiff
  mattnasuta@hotmail.com


  /s/Christopher R. Hedican

DOCS/2444382.1