UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| MATT NASUTI, | \* | CIV 20-5023 |
| Plaintiff, | \* | |
| vs. | \* | ORDER |
| WALMART, INC., | \* | |
| Defendant. | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Pending before the Court are separate Motions for Protective Order. After consideration of the Motions, together with the file in this matter,

IT IS ORDERED that the terms contained in the Protective Order entered on this date are hereby adopted as a Protective Order. This Protective Order may be modified by the Court.

If the case goes to trial, there will be no confidentiality as to any documents offered as evidence during the trial, unless the Court then determines that the document is entitled to confidentiality.

Dated this 3rd day of November, 2020.

BY THE COURT:

_____
Lawrence L. Piersol
United States District Judge

ATTEST:
MATTHEW W. THELEN, CLERK

_____