UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| MATT NASUTI,<br><br>Plaintiff,<br>vs.<br><br>WALMART, INC.,<br><br>Defendant. | 5:20-CV-5023-LLP<br><br><br>JUDGMENT |

In accordance with the Memorandum Opinion issued on this date granting Defendant's motion for summary judgment,

**IT IS ORDERED, ADJUDGED and DECREED** that Judgment is entered in favor of Defendant, Walmart, Inc., and against Plaintiff, Matt Nasuti.

Dated this _23rd_ day of November, 2021.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
MATTHEW W. THELEN, CLERK